UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Carol A. McClure,

    Plaintiff,

v.                                    Case No. 17-11027

Commissioner of Social Security,     Sean F. Cox
                                                 United States District Court Judge

    Defendant.
_____/

**ORDER ADOPTING**
**6/13/18 REPORT AND RECOMMENDATION**

Plaintiff Carol A. McClure filed this action under 42 U.S.C. § 405(g), challenging a final decision of the Commissioner denying her application for Disability Insurance Benefits under Title II of the Social Security Act. The matter was referred to Magistrate Judge Steven Whalen for determination of all non-dispositive motions under 28 U.S.C. § 636(b)(1)(A) and issuance of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Thereafter, the parties filed cross-motions for summary judgment.

In a Report and Recommendation issued on June 13, 2018, Magistrate Judge Whalen recommends that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the Commissioner's decision.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the

1

magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.

The Court hereby ADOPTS the June 13, 2018 R&R. IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

            s/Sean F. Cox
            Sean F. Cox
            United States District Judge

Dated: July 5, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 5, 2018, by electronic and/or ordinary mail.

            s/Jennifer McCoy
            Case Manager